| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**                                         06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  Hall Cattle Feeders LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   8 4 – 2 5 6 8 6 6 4

4. **Debtor's address**

   **Principal place of business**
   16590 Interstate 40 E
   Number    Street

   Shamrock        TX    79079
   City            State  ZIP Code

   Wheeler
   County

   **Mailing address, if different from principal place of business**
   107 Clubhouse Court
   Number    Street

   _____
   P.O. Box

   Elk City         OK    73644
   City             State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   16590 Interstate 40 E
   Number    Street

   Shamrock, TX 79079
   City             State  ZIP Code

5. **Debtor's website (URL)**   hallcattlefeeders.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Hall Cattle Feeders LLC** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   Check all that apply:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Hall Cattle Feeders LLC** _____   Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____   When _____   Case number _____
           MM / DD / YYYY
           District _____   When _____   Case number _____
           MM / DD / YYYY
           District _____   When _____   Case number _____
           MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____   Relationship _____
            District _____   When _____
            Case number, if known _____   MM / DD / YYYY

            Debtor _____   Relationship _____
            District _____   When _____
            Case number, if known _____   MM / DD / YYYY

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Hall Cattle Feeders LLC**     Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? **16590 Interstate 40 E**
Number    Street

**Shamrock**   **TX**   **79079**
City          State   ZIP Code

**Is the property insured?**

☐ No
☑ Yes.   Insurance agency   **Marsh McLennan Insurance**
         Contact name       _____
         Phone              **806-376-4223**

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000
☐ 50-99  ☐ 5,001-10,000  ☐ 50,001-100,000
☐ 100-199  ☐ 10,001-25,000  ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☑ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000  ☑ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

Debtor **Hall Cattle Feeders LLC**  Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/14/2023**
MM / DD / YYYY

X **/s/ Dakota Hall**
Signature of authorized representative of debtor

**Dakota Hall**
Printed name

**Managing Member**
Title

**18. Signature of attorney**

X **/s/ Van W. Northern**  Date **03/14/2023**
Signature of attorney for debtor   MM / DD / YYYY

**Van W. Northern**
Printed name

**Northern Legal, PC**
Firm name

**3545 S. Georgia**
Number     Street

**Amarillo**                                **TX**           **79109**
City                                         State          ZIP Code

**(806) 374-2266**                           **northernlegalpc@gmail.com**
Contact phone                                Email address

**15101100**                                 **TX**
Bar number                                   State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hall Cattle Feeders LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Capital Farm Credit<br>PO Box 302<br>Pampa, TX 79066 | | Note | | $4,788,830.00 | $0.00 | $4,788,830.00 |
| 2 | Capital Farm Credit<br>PO Box 302<br>Pampa, TX 79066 | | Loan | | $694,787.00 | $0.00 | $694,787.00 |
| 3 | Capital Farm Credit<br>PO Box 302<br>Pampa, TX 79066 | | Loan | | $540,772.00 | $0.00 | $540,772.00 |
| 4 | Dimmitt Flaking LP<br>1380 US-385<br>Dimmitt, TX 79027 | | Unsecured | | | | $175,079.00 |
| 5 | Livestock Nutrition Center LLC<br>5200 TX-136<br>Amarillo, TX 79108 | | Unsecured | | | | $169,140.00 |

Official Form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      page 1

Debtor **Hall Cattle Feeders LLC**                                  Case number (if known) _____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Caterpillar Financial Services<br>P.O. Box 730681<br>Dallas, Texas 75373-0681 | | Loan | | $163,394.00 | $0.00 | $163,394.00 |
| 7 | Small Business Administration<br>409 3rd St. Southwest<br>Washington, DC 20416 | | Loan | | $160,486.00 | $0.00 | $160,486.00 |
| 8 | Diversified Financial<br>14010 First National Bank Parkway<br>Suite 400<br>Omaha, NE 68154 | | Loan | | $144,257.00 | $0.00 | $144,257.00 |
| 9 | Animal Health Internation Inc<br>9602 Fm Rd 1541<br>Amarillo, TX 79118 | | Unsecured | | | | $125,389.00 |
| 10 | Happy State Bank<br>200 Main St<br>Canadian, TX 79014 | | Note | | $107,859.00 | $0.00 | $107,859.00 |
| 11 | Happy State Bank<br>200 Main St<br>Canadian, TX 79014 | | Loan | | $83,642.00 | $0.00 | $83,642.00 |
| 12 | Caterpillar Financial Services<br>P.O. Box 730681<br>Dallas, Texas 75373-0681 | | Skid Steer | | $50,379.00 | $0.00 | $50,379.00 |
| 13 | Caterpillar Financial Services<br>P.O. Box 730681<br>Dallas, Texas 75373-0681 | | Loan | | $32,959.00 | $0.00 | $32,959.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

| Debtor | Hall Cattle Feeders LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  3T Drilling Inc  10870 Cluck Rd  Dumas, TX 79029 | | Unsecured | | | | $12,480.00 |
| 15  Blue Cross Blue Shield  1001 E Lookout Dr  Richardson, TX 75082 | | Unsecured | | | | $6,960.00 |
| 16  Caterpillar Financial Services  2120 Westend Ave  Nashville, TN 37203 | | Unsecured | | | | $5,129.00 |
| 17  Cat Financial Car Card  2120 Westend Ave  Nashville, TN 37203 | | Unsecured | | | | $811.00 |
| 18  Ameriflex | | Unsecured | | | | $52.50 |
| 19  D&D Cattle  461 N I-45  Fairfield, TX 75840 | | Unsecured | | | | $0.00 |
| 20  Cowen Cattle Company  PO Box 256  Benjamin, TX 79505 | | Unsecured | | | | $0.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 3

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

IN RE:  **Hall Cattle Feeders LLC**                                       CASE NO

                                                                         CHAPTER  **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3/14/2023                                        Signature  /s/ Dakota Hall
                                                                  *Dakota Hall*
                                                                  *Managing Member*

Date _____                            Signature _____

Case 23-20039-rlj11   Doc 1   Filed 03/14/23   Entered 03/14/23 07:52:39   Desc Main
Document   Page 10 of 11
Debtor(s):  Hall Cattle Feeders LLC
Case No:
Chapter: 11
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| 3T Drilling Inc<br>10870 Cluck Rd<br>Dumas, TX 79029 | Cat Financial Car Card<br>2120 Westend Ave<br>Nashville, TN 37203 | Diversified Financial<br>14010 First National Bank Parkwa<br>Suite 400<br>Omaha, NE 68154 |
| Ameriflex | Caterpillar Financial Services<br>2120 Westend Ave<br>Nashville, TN 37203 | Fritsch Cattle Co<br>1040 FM 954<br>Fayetteville, TX 78940 |
| Animal Health Internation Inc<br>9602 Fm Rd 1541<br>Amarillo, TX 79118 | Caterpillar Financial Services<br>P.O. Box 730681<br>Dallas, Texas 75373-0681 | GK Jim Farms<br>P.O. Box 1707<br>Okotoks, Alberta  T1S 2A@<br>CANADA |
| Attorney-In-Charge<br>Office of The United States Att<br>500 S. Taylor, Lobby Box 238<br>Amarillo, Texas 79101 | Classic Ranch<br>5454 Pebble Creek Dr<br>Prosper, TX 75078 | Happy State Bank<br>200 Main St<br>Canadian, TX 79014 |
| Beau Franzen<br>6101 FM 1075<br>Happy, TX 79042 | Clint Langley<br>2951 E. 2090 Rd.<br>Hugo, OK 74743 | Highwood Cattle LLC<br>16301 Prairie Garden Rd<br>Canyon, TX 79015 |
| Berry Cattle, LLC<br>6101 FM 1075<br>Happy, TX 79042 | Comptroller of Public Accounts<br>Taxation Division Bankruptcy<br>P.O. Box 12548<br>Austin, Texas 78711 | Internal Revenue Services<br>P.O. Box 7346<br>Philadelphia, PA 19101 |
| Blue Cross Blue Shield<br>1001 E Lookout Dr<br>Richardson, TX 75082 | Cowen Cattle Company<br>PO Box 256<br>Benjamin, TX 79505 | Jerry Annen<br>301 SE 2nd St<br>Dimmitt, TX 79027 |
| BR La Pata LLC<br>10857 N Business 287<br>Fort Worth, TX 76179 | D&D Cattle<br>461 N I-45<br>Fairfield, TX 75840 | Lance Gaillard<br>6101 FM 1075<br>Happy, TX 79042 |
| Burnett & Sons<br>461 N I-45<br>Fairfield, TX 75840 | David Kaelin<br>12800 Lamel Dr<br>Louisville, KY 40299 | Livestock Nutrition Center LLC<br>5200 TX-136<br>Amarillo, TX 79108 |
| Capital Farm Credit<br>PO Box 302<br>Pampa, TX 79066 | Dimmitt Flaking LP<br>1380 US-385<br>Dimmitt, TX 79027 | Perdue Brandon et al (Lubbock)<br>PO Box 817<br>Lubbock, TX 79408 |

Case 23-20039-rlj11  Doc 1  Filed 03/14/23  Entered 03/14/23 07:52:39  Desc Main
Document   Page 11 of 11
Debtor(s): Hall Cattle Feeders LLC
Case No.
Chapter: 11
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

```
Perdue Brandon et al - (Amarillo
PO Box 9132
Amarillo, TX 79105-9132




Small Business Administration
409 3rd St. Southwest
Washington, DC 20416




Social Security Administration
601 E. 12th St
Kansas City, MO 64106-2859




Texas Workforce Commission
101 E. 15th Street
Austin, Texas 78778




UST U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1011
```